UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JADA DAVIS-BEY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  No. 4:20-cv-00213-JAR |
| BELLEFONTAINE NEIGHBORS POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on a document filed by plaintiff Jada Davis-Bey that purports to be a motion for summary judgment. (Docket No. 16). In the motion, plaintiff states that she "laid out in [her] claims that was changed into a complaint the grounds and facts and evidence to support a granting of summary judgment in favor of the creditor/plaintiff in this matter/claim for damages." (Docket No. 16 at 2). She also seeks appointment of a process server. Finally, the motion contains a declaration from the "Moorish National Republic Federal Government," in which plaintiff states that she is a sovereign indigenous Moorish American.

The Court reviewed plaintiff's amended complaint pursuant to 28 U.S.C. § 1915, and dismissed the action for failure to state a claim on October 21, 2020. (Docket No. 18). Plaintiff's motion for summary judgment was hand-delivered to the Court the same day. In the motion, she adds no new factual allegations, but instead rests on the claims previously made in her amended complaint. As noted above, however, the amended complaint failed to state a claim and was dismissed. To the extent that she is seeking to have the Court reconsider its decision, plaintiff points to no manifest errors of law or fact, but simply references her prior claims. Therefore, because her case has already been dismissed, and because there is no basis for reconsideration, the

motion for summary judgment must be denied. For this same reason, the Court must deny her request for appointment of a process server.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment (Docket No. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal from the denial of this motion would not be taken in good faith.

Dated this 23rd day of October, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE